UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY HAYMOND,<br><br>                  Plaintiff,<br><br>    v.<br><br>LOVEVERY, INC.<br><br>                  Defendant. | Case No. 1:23-cv-00334-ADA-CDB<br><br>ORDER ON STIPULATION EXTENDING DEADLINE TO RESPOND TO COMPLAINT AND SET BRIEFING SCHEDULE<br><br>(Doc. 11) |

Plaintiff Kelly Haymond ("Plaintiff") filed a complaint against Defendant Lovevery, Inc. ("Defendant") on March 3, 2023. (Doc. 1). Pending before the Court is the parties' stipulated request to extend deadline to respond to complaint and set briefing schedule. (Doc. 11). Based on the parties' representations in the stipulation and for good cause appearing,

It is HEREBY ORDERED, Defendant shall respond to the Complaint by May 5, 2023, and notice any motion on the assigned district judge's motion calendar for August 2023; and

It is FURTHER ORDERED Plaintiff shall file an opposition to any motion by June 19, 2023, and Defendant shall file any reply by July 10, 2023.

IT IS SO ORDERED.

Dated: __**April 18, 2023**__            _____

                                                            UNITED STATES MAGISTRATE JUDGE