UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY HAYMOND,<br><br>            Plaintiff,<br><br>    v.<br><br>LOVEVERY, INC.<br><br>            Defendant. | Case No. 1:23-cv-00334-ADA-CDB<br><br>ORDER ON STIPULATION EXTENDING DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT AND SET BRIEFING SCHEDULE<br><br>(Doc. 18) |

On March 3, 2023, Plaintiff Kelly Haymond ("Plaintiff") filed a complaint against Defendant Lovevery, Inc. ("Defendant"). (Doc. 1). On May 26, 2023, Plaintiff filed a first amended complaint. (Doc. 17). Pending before the Court is the parties' stipulated request to extend deadlines to respond to the first amended complaint and set briefing schedule. (Doc. 18). Based on the parties' representations in the stipulation and for good cause appearing, IT IS HEREBY ORDERED:

1. Defendant shall respond to the first amended complaint (Doc. 17) by June 9, 2023, at which time Defendant shall notice any filed motion for hearing on August 21, 2023;

///

///

2. Plaintiff shall file an opposition to any motion by July 10, 2023; and

3. Defendant shall file any reply by July 31, 2023.

IT IS SO ORDERED.

Dated:   **June 6, 2023**

UNITED STATES MAGISTRATE JUDGE