**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
Julia K. Venditti (State Bar No. 332688)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ndeckant@bursor.com
      jvenditti@bursor.com

**BURSOR & FISHER, P.A**
Frederick J. Klorczyk III (State Bar No. 320783)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: fklorczyk@bursor.com

*Attorneys for Plaintiff*

*Additional Counsel Listed on Last Page*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY HAYMOND, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br>   v.<br><br>LOVEVERY, INC.,<br><br>                              Defendant. | Case No. 1:23-cv-00334-ADA-CDB<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)**<br><br>Hon. Ana de Alba |

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Accordingly, Plaintiff Kelly Haymond ("Plaintiff"), by and through her undersigned counsel of record, hereby voluntarily dismisses her claims against Defendant Lovevery, Inc. ("Defendant" or "Lovevery"), with prejudice as to Plaintiff's individual claims and without prejudice as to all putative class members.  Each party shall bear its own costs and attorneys' fees.

Dated:  July 27, 2023               **BURSOR & FISHER, P.A**.

By:     */s/ Neal J. Deckant*
              Neal J. Deckant

Neal J. Deckant (State Bar No. 322946)
Julia K. Venditti (State Bar No. 332688)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ndeckant@bursor.com
          jvenditti@bursor.com

**BURSOR & FISHER, P.A**
Frederick J. Klorczyk III (State Bar No. 320783)
1330 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: fklorczyk@bursor.com

**GUCOVSCHI ROZENSHTEYN, PLLC**
Adrian Gucovschi (*pro hac vice* forthcoming)
630 Fifth Avenue, Suite 2000
New York, NY 10111
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
Email: adrian@gr-firm.com

*Attorneys for Plaintiff*